

COMPLAINT

`09 MAY 29 PM 2:07`

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | COMPLAINT FOR VIOLATION OF |
| v. ) | U.S.C. Title 18 Section 2113(a) |
| NICHOLAS PATRICK MAGGIORE ) AKA, PATRICK MICHAEL JOYCE ) | Bank Robbery |

**'08 MJ 1697**

BEFORE _____   San Diego, California
NAME OF MAGISTRATE                 ADDRESS OF MAGISTRATE

THE UNDERSIGNED COMPLAINANT BEING DULY SWORN STATES:

That on or about May 16, 2008, at San Diego, California, within the Southern District of California:

**NICHOLAS PATRICK MAGGIORE**

did by force, violence and intimidation unlawfully take from the person and presence of employees at the Citibank, 755 Broadway Circle, San Diego, California, United States currency in the sum of $642.00, belonging to, or in the care, custody, management or possession of the Citibank, 755 Broadway Circle, San Diego, California, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a);

And the complainant states that this complaint is based on the attached affidavit which is incorporated herein by reference.

_____, FBI
David J. Eaton
Special Agent, FBI

Sworn to before me, and subscribed in my presence on this 29th day of May, 2008.

_____
United States Magistrate Judge

1                           A F F I D A V I T
2    STATE OF CALIFORNIA   )
3                          )   ss.
4    COUNTY OF SAN DIEGO   )
5
6          I, David J. Eaton, being duly sworn, depose and say:
7          1.   I am a Special Agent of the Federal Bureau of
8    Investigation (FBI) assigned to the San Diego Field Division.
9    I have been so employed since June, 1988.  My primary
10   assignment is the investigation of bank robberies and other
11   violent crimes.  The information contained in this affidavit
12   is based upon my personal knowledge and on the information I
13   have learned from reviewing official reports and speaking
14   with other local and federal law enforcement officers.
15         2.   On Friday, May 16, 2008, at approximately 5:15
16   p.m., the affiant responded to the report of a robbery at the
17   CITIBANK, 755 Broadway Circle, San Diego, California.
18         3.   The affiant has reviewed the report of the
19   victim teller who advised as follows:  On Friday, May 16,
20   2008, at approximately 5:00 p.m., the victim teller was
21   working at her teller window when she was approached by a
22   white male, later identified as NICHOLAS PATRICK MAGGIORE,
23   also known as PATRICK MICHAEL JOYCE (MAGGIORE), who was
24   waiting for the next available teller.  MAGGIORE stated to
25   the victim teller, "Yeah, I have this for you."  MAGGIORE
26   leaned onto the victim teller's desk and presented a small
27   handwritten demand note which stated, in part, "This is a
28   robbery."  The victim teller complied with the demand note

and removed U.S. currency from her teller drawer. The victim teller discreetly activated her robbery alarm as she handed the money to MAGGIORE. MAGGIORE placed the demand note in his front pants pocket and took the money from the victim teller. MAGGIORE stated, "Can't you be more generous? Any large bills?" The victim teller told MAGGIORE that she did not usually work as a teller. MAGGIORE wadded up the money and placed it in his front pants pocket. MAGGIORE turned and exited the bank via the west lobby doors. The victim teller described MAGGIORE as follows:

| | |
|---|---|
| Race: | White |
| Sex: | Male |
| Age: | Late 40s - Mid 50s |
| Height: | 5'3" - 5'4" |
| Weight: | 170 pounds |
| Build: | Small |
| Hair: | Short, light colored |
| Facial Hair: | A few days growth |
| Clothing: | Light colored baseball cap; light gray or tan pullover sweatshirt |
| Other: | Appeared to be transient |

Shortly after the robbery, the victim teller was requested by officers of the San Diego Police Department to view a suspect presented to her in a curbside lineup. The victim teller positively identified MAGGIORE as the individual who robbed her earlier that day.

4.      The affiant has reviewed the report of the CITIBANK Branch Manager who advised as follows: On Friday, May 16, 2008, at approximately 5:00 p.m., the Manager was walking back to the bank branch when he noticed a fellow employee locking the front lobby doors from inside the bank branch. The employee told the Manager that the bank had just been robbed. The employee pointed to the robber, later identified as MAGGIORE, who was walking away from the bank. The Manager followed MAGGIORE on foot for several blocks. At one point, the Manager observed MAGGIORE remove his sweatshirt and discard it in a trash can. The Manager continued to follow the robber on foot until he was able to flag down a passing San Diego Police Officer and notify the officer of the bank robbery. The Manager watched as the police officer took MAGGIORE into custody.

5.      The affiant has reviewed reports of the San Diego Police Department which confirm that the following evidence was found in MAGGIORE's pockets subsequent to his arrest on May 16, 2008:

- U.S. currency totaling $642.00;
- Hand written robbery demand note.

6.      On Friday, May 16, 2008, the affiant participated in an interview of MAGGIORE which was conducted at the San Diego Police Department, Robbery Unit, 1401 Broadway, San Diego, California. After being advised of his constitutional Miranda rights, MAGGIORE advised that he would not answer questions without an attorney present. MAGGIORE is described as follows:

| | | |
|---|---|---|
| 1 | Name: | NICHOLAS PATRICK MAGGIORE |
| 2 | Alias: | PATRICK MICHAEL JOYCE |
| 3 | Race: | White |
| 4 | Sex: | Male |
| 5 | Height: | 5'5" |
| 6 | Weight: | 180 pounds |
| 7 | Date of Birth: | February 5, 1950 |
| 8 | Social Security #: | XXX-XX-4733 |
| 9 | Drivers License #: | E1308956 (California) |

7. The affiant has confirmed that the deposits of the CITIBANK, 755 Broadway Circle, San Diego, California, were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the bank robbery on May 16, 2008. The CITIBANK suffered a loss of $642.00 as a result of the bank robbery on that date.

David J. Eaton
Special Agent, FBI

Sworn to before me and subscribed in my presence this 29th day of May, 2008, at ____ a.m./p.m.

United States Magistrate Judge

4