UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOT FOR PUBLIC VIEW

UNITED STATES OF AMERICA,
)
v.
)
)
NICHOLAS PATRICK MAGGIORE
)
AKA, PATRICK MICHAEL JOYCE
)
)                                          08 MJ 1697
_____ )
)    Magistrate's Case No. _____
WARRANT ISSUED ON THE BASIS OF:    )
__ Failure to Appear  __ Order of Court )
__ Indictment         __ Information    )    WARRANT FOR ARREST
 X Complaint                            )
                                        )
_____ )
TO:                                     )    NAME AND ADDRESS OF PERSON TO BE ARRESTED:
                                        )
  Any U.S. Marshal or other             )    NICHOLAS PATRICK MAGGIORE
  authorized officer                    )    AKA, PATRICK MICHAEL JOYCE
                                        )
                                        )    FILED
                                        )    JUN 1 0 2008
                                        )
DISTRICT OF ARREST:                     )    CITY OF ARREST:
                                        )    CLERK, U.S. DISTRICT COURT
                                        )    SOUTHERN DISTRICT OF CALIFORNIA
                                        )    BY _____ DEPUTY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

BANK ROBBERY    DATE 6/4/08
                ARRESTED AND ARRAIGNED BY 6/4/08
                In Court FBI
                Steve Stafford
                U.S. MARSHAL, S/CA
                BY

RECEIVED
2008 MAY 30 A 11: 15
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE   18 | SECTION 2113(a) |
|---|---|---|
| BAIL To be determined | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | | DATE ORDERED |
| CLERK OF COURT/U.S. MAGISTRATE  BY  [signature] | | DATE ISSUED 5/29/08 |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS II'S                     FBI                          1211