```
                               FILED
                             JUN 30 2008
                         CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                       BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 2185-H |
| ) | |
| Plaintiff, ) | **I N F O R M A T I O N** |
| ) | |
| v. ) | Title 18, U.S.C., |
| ) | Section 2113(a) - Bank Robbery |
| NICHOLAS PATRICK MAGGIORE, ) | |
| aka Patrick Michael Joyce,) | |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 16, 2008, within the Southern District of California, defendant NICHOLAS PATRICK MAGGIORE, by force, violence and by intimidation, did unlawfully take from the person and presence of employees of Citibank, 755 Broadway Circle, San Diego, California, the sum of approximately $642.00, belonging to and in the care, custody, control, management, and possession of Citibank, 755 Broadway Circle, San Diego, California, (a bank) the deposits

//
//
//
//
//

CEM:pcf:San Diego
6/27/08

1 | of which were then insured by the Federal Deposit Insurance
2 | Corporation (FDIC); in violation of Title 18, United States Code,
3 | Section 2113(a).
4 | DATED: *June 30, 2008*.

KAREN P. HEWITT
United States Attorney

*/s/* _FTR_
CALEB M. MASON
Assistant U.S. Attorney