AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

NICHOLAS PATRICK MAGGIORE,
aka Patrick Michael Joyce,

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2185-H

**FILED JUN 3 0 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, NICHOLAS PATRICK MAGGIORE aka Patrick Michael Joyce, the above named defendant, who is accused of

Title 18, U.S.C., Sec. 2113(a) - Bank Robbery

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/30/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
NICHOLAS PATRICK MAGGIORE
Defendant

_____
CAROLYN L. OLIVER
Counsel for Defendant

Before _____
       JUDICIAL OFFICER